## 20775.  CRAWFORD v. TRAVELERS INSURANCE CO. *et al.*

DECIDED APRIL 14, 1931.  REHEARING DENIED MAY 12, 1931.

158

*F. L. Breen, George G. Finch,* for plaintiff.

*McDaniel, Neely & Marshall, Harry L. Green,* for defendants.

BLOODWORTH, J. (After stating the foregoing facts.) The evidence before Commissioner Land shows that the claimant was not totally disabled to work, and the judgment of the superior court should be

*Affirmed. Broyles, C. J., concurs. Luke, J., disqualified.*